◼ SHEILA MCCLAIN, Individually and as Parent and Guardian of IKEA S. EDWARDS, an Infant, Appellant, v LOCKPORT MEMORIAL HOSPITAL et al., Respondents, et al., Defendant. (Appeal No. 2.) [653 NYS2d 909] —Judgment unanimously affirmed without costs. Same Memorandum as in *McClain v Lockport Mem. Hosp.* 236 AD2d 864 [decided herewith]). (Appeal

from Judgment of Supreme Court, Niagara County, Koshian, J.—Malpractice.) Present—Pine, J. P., Lawton, Fallon, Doerr and Balio, JJ.